Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Southern District of New York**

Case number (if known): _____  Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| **1. Debtor's name** | **2451 Broadway Market Inc. DBA Barzini's** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | **Barzini's** |
| **3. Debtor's federal Employer Identification Number (EIN)** | **1 3 – 3 6 1 3 5 0 5** |

**4. Debtor's address**

**Principal place of business**

**2451 Broadway**
Number        Street

**New York, NY 10024**
City                          State      ZIP Code

**New York**
County

**Mailing address, if different from principal place of business**

Number        Street

City                          State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                          State      ZIP Code

**5. Debtor's website (URL)** _____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **2451 Broadway Market Inc. DBA Barzini's**                    Case number *(if known)* _____
              Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:* |

❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))

❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

❏ Railroad (as defined in 11 U.S.C. §101(44))

❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))

❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))

❏ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

❏ Tax-exempt entity (as described in 26 U.S.C. §501)

❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes .
   **4   4   5   1**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

❏ Chapter 7

❏ Chapter 9

☑ Chapter 11. *Check all that apply:*

   ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ❏ A plan is being filed with this petition.

   ❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❏ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

❏ Yes. District _____ When _____ Case number _____
                                    MM / DD / YYYY

        District _____ When _____ Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

❏ Yes. Debtor _____ Relationship _____

        District _____ When _____
                                    MM / DD / YYYY

        Case number, if known _____

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page **2**

Debtor   **2451 Broadway Market Inc. DBA Barzini's**               Case number *(if known)*
Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐   It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐   It needs to be physically secured or protected from the weather.

☑   It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐   Other _____

**Where is the property?**   **2451 Broadway**
Number        Street

_____

**New York**                          **NY**   **10024-1102**
City                                    State    ZIP Code

**Is the property insured?**

☐  No

☑  Yes.      Insurance agency   **Wesco Insurance Company**
Contact name   **IGI Insurance Agency Inc**
Phone   **7182220800**

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49   ☐ 50-99   ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000
☐ 100-199   ☐ 200-999   ☐ 10,001-25,000   ☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000   ☐ $1,000,001-$10 million   ☐ $500,000,001-$1 billion
☐ $50,001-$100,000   ☐ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000   ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million   ☐ $100,000,001-$500 million   ☐ More than $50 billion

Debtor  **2451 Broadway Market Inc. DBA Barzini's**
        Name

Case number *(if known)*

| 16. Estimated liabilities | ❑ $0-$50,000 | ❑ $1,000,001-$10 million | ❑ $500,000,001-$1 billion |
|---|---|---|---|
| | ❑ $50,001-$100,000 | ❑ $10,000,001-$50 million | ❑ $1,000,000,001-$10 billion |
| | ❑ $100,001-$500,000 | ❑ $50,000,001-$100 million | ❑ $10,000,000,001-$50 billion |
| | ☑ $500,001-$1 million | ❑ $100,000,001-$500 million | ❑ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■   The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■   I have been authorized to file this petition on behalf of the debtor.

■   I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **06/30/2026**
             MM/ DD/ YYYY

X  **/s/ Iraj Abdekalimi**
   Signature of authorized representative of debtor

**Iraj Abdekalimi**
Printed name

Title _____**President**_____

**18. Signature of attorney**

X  _____**/s/ Adrienne Woods**_____
   Signature of attorney for debtor

Date  **06/30/2026**
      MM/ DD/ YYYY

**Adrienne Woods**
Printed name

**Weinberg Zareh Malkin Price LLP**
Firm name

**45 Rockefeller Plaza Fl 20**
Number        Street

**New York**
City

**NY**
State

**10111-3193**
ZIP Code

**(212) 899-5470**
Contact phone

**awoods@wzmplaw.com**
Email address

**4356770**
Bar number

**NY**
State

---

Fill in this information to identify the case:

Debtor name        **2451 Broadway Market Inc. DBA Barzini's**

United States Bankruptcy Court for the:

**Southern District of New York**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an _insider_, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1  250 West 91st Realty LLC  c/o Joseph P. Cervini, Jr. Esq.  475 Park Ave South 18th Floor  New York, NY 10016-6901 | (917) 304-9231 | Stipulation of Settlement | Contingent Disputed Unliquidated | | | $926,941.20 |
| 2  Musco Food Corp  5701 49th St  Maspeth, NY 11378-2020 | (718) 326-1070 | Vendor | Contingent Disputed Unliquidated | | | $8,642.22 |
| 3  Purelife Organic LLC  144 Bell Rd  Scarsdale, NY 10583-5835 | (917) 299-8224 | Vendor | Contingent Disputed Unliquidated | | | $6,119.37 |
| 4  Conca D'oro Import  100 Bomont Pl  Totowa, NJ 07512-2346 | (718) 446-0800 | Vendor | Contingent Disputed Unliquidated | | | $5,091.03 |
| 5  Primo Brands  FKA DS Services of American Inc.  Blue Triton Brand, Inc  111 Thomas Mcgovern Dr  Jersey City, NJ 07305-4620 | | Vendor | Contingent Disputed Unliquidated | | | $3,746.18 |
| 6  Organic Forest LLC  1010 Hoyt Ave  Ridgefield, NJ 07657-1508 | | Vendor | Contingent Disputed Unliquidated | | | $3,680.00 |
| 7  Catlan Gourmet  Po Box 25969  New York, NY 10087-7912 | (212) 673-2603 | Vendor | Contingent Disputed Unliquidated | | | $3,548.63 |
| 8  Lantev Dist. Corp.  10110a Foster Ave  Brooklyn, NY 11236-2120 | | Vendor | Contingent Disputed Unliquidated | | | $3,468.39 |

Debtor    **2451 Broadway Market Inc. DBA Barzini's**                    Case number *(if known)*
　　　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9  Nassau Provision<br>700 Furrows Rd<br>Holtsville, NY 11742-2001 | | Vendor | Contingent<br>Disputed<br>Unliquidated | | | $3,213.26 |
| 10  Decorline<br>4504 18th Ave<br>Brooklyn, NY 11204-1204 | | Vendor | Contingent<br>Disputed<br>Unliquidated | | | $3,023.00 |
| 11  PSV Trade<br>351 Walker St<br>Staten Island, NY 10303-2741 | (718) 676-6542 | Vendor | Contingent<br>Disputed<br>Unliquidated | | | $2,486.45 |
| 12  Red Bull Distribution Company Inc.<br>Po Box 20750<br>Dallas, TX 75320-0001 | | Vendor | Contingent<br>Disputed<br>Unliquidated | | | $1,821.55 |
| 13  Leoni Specialty Foods Inc.<br>Po Box 23717<br>New York, NY 10087-0001 | | Vendor | Contingent<br>Disputed<br>Unliquidated | | | $1,785.55 |
| 14  Advantage Gourmet Import<br>Po Box 5092<br>South Hackensack, NJ 07606-4292 | (917) 777-0007 | Vendor | Contingent<br>Disputed<br>Unliquidated | | | $1,743.18 |
| 15  Setton International<br>85 Austin Blvd<br>Commack, NY 11725-5701 | | Vendor | Contingent<br>Disputed<br>Unliquidated | | | $1,569.00 |
| 16  RM Bakery/ RM BONY<br>220 Coster St<br>Bronx, NY 10474-7121 | | Vendor | Contingent<br>Disputed<br>Unliquidated | | | $1,468.00 |
| 17  Boncha<br>PO Box 07015<br>Clifton, NJ 07015 | (718) 772-7616 | Vendor | Contingent<br>Disputed<br>Unliquidated | | | $1,465.18 |
| 18  A to Z Distributor Inc.<br>305 E 88th St<br>Brooklyn, NY 11236-1601 | | Vendor | Contingent<br>Disputed<br>Unliquidated | | | $1,465.00 |
| 19  Gourmet Foods International<br>3370 Panthersville Rd<br>Decatur, GA 30034-3833 | | Vendor | Contingent<br>Disputed<br>Unliquidated | | | $1,368.00 |
| 20  Krinos Food<br>1750 Bathgate Ave<br>Bronx, NY 10457-7535 | | Vendor | Disputed<br>Unliquidated | | | $1,300.00 |

Official Form 204                **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**                page 2

Fill in this information to identify the case:

Debtor name     **2451 Broadway Market Inc. DBA Barzini's**

United States Bankruptcy Court for the:

**Southern District of New York**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors     **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐   *Amended Schedule* _____

☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **06/30/2026**
              MM/ DD/ YYYY

X **/s/ Iraj Abdekalimi**
Signature of individual signing on behalf of debtor

**Iraj Abdekalimi**
Printed name

**President**
Position or relationship to debtor

Official Form B202            **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name     **2451 Broadway Market Inc. DBA Barzini's**

United States Bankruptcy Court for the:     **Southern**        District of     **New York**
                                                                                 (State)

Case number (if known):

☐ Check if this is an
  amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1**  **Creditor's name**

**Describe debtor's property that is subject to a lien**

**Creditor's mailing address**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

Fill in this information to identify the case:

Debtor name   **2451 Broadway Market Inc. DBA Barzini's**

United States Bankruptcy Court for the:
**Southern District of New York**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                          **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.   Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.   List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** | **Priority creditor's name and mailing address**

**Internal Revenue Service**

**Centralized Insolvency Operations**

**P. O. Box 7346**

**Philadelphia, PA 19101-7346**

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the Claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$0.00**   Priority amount: **$0.00**

**2.2** | **Priority creditor's name and mailing address**

**NY Dept. of Labor**

**Po Box 15012**

**Albany, NY 12212-5012**

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$1,047.81**   Priority amount: **$1,047.00**

Debtor   **2451 Broadway Market Inc. DBA Barzini's**                   Case number *(if known)* _____
     Name

---

**Part 1:**   Additional Page

| 2.3 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 | $0.00 |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

**NYC Department of Finance**

**Attn: Legal Affairs Division**

**345 Adams St 3rd Floor**

**Brooklyn, NY 11201**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:** $0.00   $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the Claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.4**

**Priority creditor's name and mailing address**

**NYS Dept of Tax & Finance**

**Bankruptcy Section**

**Po Box 5300**

**Albany, NY 12205-0300**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:** $0.00   $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **2451 Broadway Market Inc. DBA Barzini's**          Case number *(if known)* _____
         Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | **Amount of claim** |

**3.1** **Nonpriority creditor's name and mailing address**

250 West 91st Realty LLC

c/o Joseph P. Cervini, Jr. Esq.

475 Park Ave South 18th Floor

New York, NY 10016-6901

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Stipulation of Settlement**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim: $926,941.20**

---

**3.2** **Nonpriority creditor's name and mailing address**

A to Z Distributor Inc.

305 E 88th St

Brooklyn, NY 11236-1601

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim: $1,465.00**

---

**3.3** **Nonpriority creditor's name and mailing address**

Advantage Gourmet Import

Po Box 5092

South Hackensack, NJ 07606-4292

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim: $1,743.18**

---

**3.4** **Nonpriority creditor's name and mailing address**

Bimbo Bakeries USA

5525 N Macarthur Blvd

Irving, TX 75038-2615

Date or dates debt was incurred _____

Last 4 digits of account number   **3  6  6  2**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim: $1,177.28**

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page 3 of 11

Debtor   **2451 Broadway Market Inc. DBA Barzini's**

Name

Case number *(if known)*

---

**Part 2:**   Additional Page

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,465.18**
| **Boncha** | *Check all that apply.* |
| | ☑ Contingent |
| **PO Box 07015** | ☑ Unliquidated |
| **Clifton, NJ 07015** | ☑ Disputed |
| | **Basis for the claim:** **Vendor** |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** |
| | ☑ No |
| **Last 4 digits of account number** — — — — | ☐ Yes |

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,548.63**
| **Catlan Gourmet** | *Check all that apply.* |
| | ☑ Contingent |
| **Po Box 25969** | ☑ Unliquidated |
| **New York, NY 10087-7912** | ☑ Disputed |
| | **Basis for the claim:** **Vendor** |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** |
| | ☑ No |
| **Last 4 digits of account number** — — — — | ☐ Yes |

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,091.03**
| **Conca D'oro Import** | *Check all that apply.* |
| | ☑ Contingent |
| **100 Bomont Pl** | ☑ Unliquidated |
| **Totowa, NJ 07512-2346** | ☑ Disputed |
| | **Basis for the claim:** **Vendor** |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** |
| | ☑ No |
| **Last 4 digits of account number** — — — — | ☐ Yes |

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,023.00**
| **Decorline** | *Check all that apply.* |
| | ☑ Contingent |
| **4504 18th Ave** | ☑ Unliquidated |
| **Brooklyn, NY 11204-1204** | ☑ Disputed |
| | **Basis for the claim:** **Vendor** |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** |
| | ☑ No |
| **Last 4 digits of account number** — — — — | ☐ Yes |

---

Debtor    **2451 Broadway Market Inc. DBA Barzini's**                                    Case number *(if known)*
     Name

---

**Part 2:**   Additional Page

| | |
|---|---|
| **3.9** | |

**Nonpriority creditor's name and mailing address**

**ESTI Foods LLC**

**275 Veterans Blvd**

**Rutherford, NJ 07070-2578**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** —— —— —— ——

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$468.00**

---

**3.10**

**Nonpriority creditor's name and mailing address**

**Food Act International LLC**

**441 Newark Pompton Tpke # 443**

**Wayne, NJ 07470-6657**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** —— —— —— ——

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$1,260.00**

---

**3.11**

**Nonpriority creditor's name and mailing address**

**Georgian Land Inc**

**8718 Ridge Blvd Apt 5c**

**Brooklyn, NY 11209-4928**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** —— —— —— ——

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
❑ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$572.40**

---

**3.12**

**Nonpriority creditor's name and mailing address**

**Gourmet Foods International**

**3370 Panthersville Rd**

**Decatur, GA 30034-3833**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** —— —— —— ——

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$1,368.00**

---

Debtor    **2451 Broadway Market Inc. DBA Barzini's**                              Case number *(if known)*
    Name

## Part 2:  Additional Page

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $405.09 |
|---|---|---|---|
| | **Gutierrez Consulting LLC** | *Check all that apply.* | |
| | | ☑ Contingent | |
| | **Po Box 472402** | ☑ Unliquidated | |
| | **Brooklyn, NY 11247-2402** | ☑ Disputed | |
| | | **Basis for the claim:** **Services** | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | Last 4 digits of account number  — — — — | ☑ No   ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $760.00 |
|---|---|---|---|
| | **Harney & Sons** | *Check all that apply.* | |
| | | ☑ Contingent | |
| | **5723 Route 22** | ☑ Unliquidated | |
| | **Millerton, NY 12546-4521** | ☑ Disputed | |
| | | **Basis for the claim:** **Vendor** | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | Last 4 digits of account number  — — — — | ☑ No   ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,300.00 |
|---|---|---|---|
| | **Krinos Food** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **1750 Bathgate Ave** | ☑ Unliquidated | |
| | **Bronx, NY 10457-7535** | ☑ Disputed | |
| | | **Basis for the claim:** **Vendor** | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | Last 4 digits of account number  — — — — | ☑ No   ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,468.39 |
|---|---|---|---|
| | **Lantev Dist. Corp.** | *Check all that apply.* | |
| | | ☑ Contingent | |
| | **10110a Foster Ave** | ☑ Unliquidated | |
| | **Brooklyn, NY 11236-2120** | ☑ Disputed | |
| | | **Basis for the claim:** **Vendor** | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | Last 4 digits of account number  — — — — | ☑ No   ☐ Yes | |

Debtor      **2451 Broadway Market Inc. DBA Barzini's**                                   Case number *(if known)*
　　　　　　Name

| Part 2: | Additional Page |

**3.17** **Nonpriority creditor's name and mailing address**

**Leoni Specialty Foods Inc.**

**Po Box 23717**

**New York, NY 10087-0001**

Date or dates debt was incurred　　　———————————

Last 4 digits of account number　　　—— —— —— ——

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,785.55

---

**3.18** **Nonpriority creditor's name and mailing address**

**Musco Food Corp**

**5701 49th St**

**Maspeth, NY 11378-2020**

Date or dates debt was incurred　　　———————————

Last 4 digits of account number　　　—— —— —— ——

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,642.22

---

**3.19** **Nonpriority creditor's name and mailing address**

**Nassau Provision**

**700 Furrows Rd**

**Holtsville, NY 11742-2001**

Date or dates debt was incurred　　　———————————

Last 4 digits of account number　　　—— —— —— ——

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,213.26

---

**3.20** **Nonpriority creditor's name and mailing address**

**New York State Department of Agriculture and Markets**

**10b Airline Dr**

**Albany, NY 12235-1000**

Date or dates debt was incurred　　　———————————

Last 4 digits of account number　　　—— —— —— ——

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** **Fee**

**Is the claim subject to offset?**
☑ No
☐ Yes

$600.00

---

Debtor   **2451 Broadway Market Inc. DBA Barzini's**                                   Case number *(if known)* _____
         Name

---

| Part 2: | Additional Page |
|---------|-----------------|

**3.21** | **Nonpriority creditor's name and mailing address**

**Oak Beverage**

**44 High St**

**West Nyack, NY 10994-2702**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**   $652.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:  Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address**

**Organic Forest LLC**

**1010 Hoyt Ave**

**Ridgefield, NJ 07657-1508**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**   $3,680.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:  Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address**

**Primo Brands**

**FKA DS Services of American Inc. Blue Triton Brand, Inc**

**111 Thomas Mcgovern Dr**

**Jersey City, NJ 07305-4620**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**   $3,746.18
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:  Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address**

**PSV Trade**

**351 Walker St**

**Staten Island, NY 10303-2741**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**   $2,486.45
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:  Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **2451 Broadway Market Inc. DBA Barzini's**          Case number *(if known)*
         Name

| Part 2: | Additional Page |
|---------|-----------------|

**3.25** **Nonpriority creditor's name and mailing address**

**Purelife Organic LLC**

**144 Bell Rd**

**Scarsdale, NY 10583-5835**

**Date or dates debt was incurred**

**Last 4 digits of account number** — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,119.37

---

**3.26** **Nonpriority creditor's name and mailing address**

**Raffetto's**

**469 W Commercial Ave**

**Moonachie, NJ 07074**

**Date or dates debt was incurred**

**Last 4 digits of account number** — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

$543.48

---

**3.27** **Nonpriority creditor's name and mailing address**

**Red Bull Distribution Company Inc.**

**Po Box 20750**

**Dallas, TX 75320-0001**

**Date or dates debt was incurred**

**Last 4 digits of account number** — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,821.55

---

**3.28** **Nonpriority creditor's name and mailing address**

**RM Bakery/ RM BONY**

**220 Coster St**

**Bronx, NY 10474-7121**

**Date or dates debt was incurred**

**Last 4 digits of account number** — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,468.00

---

| Debtor | **2451 Broadway Market Inc. DBA Barzini's** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

**3.29** **Nonpriority creditor's name and mailing address**

**Setton International**

**85 Austin Blvd**

**Commack, NY 11725-5701**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,569.00

**3.30** **Nonpriority creditor's name and mailing address**

**Tri State Food**

**139 E 26th St Fl 2**

**Brooklyn, NY 11226**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

$581.52

---

Official Form 206E/F     **Schedule E/F: Creditors Who Have Unsecured Claims**     page 10 of 11

Debtor    **2451 Broadway Market Inc. DBA Barzini's**
　　　　　Name

Case number *(if known)* _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | **$1,047.81** |
| 5b. **Total claims from Part 2** | 5b. **+** | **$990,964.96** |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | **$992,012.77** |

Fill in this information to identify the case:

Debtor name    **2451 Broadway Market Inc. DBA Barzini's**

United States Bankruptcy Court for the: _____ **Southern** _____   District of   **New York**

                                                                                            (State)
Case number (If known): _____   Chapter   **11**

☐ Check if this is an
   amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases**                  **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Commercial Retail Grocery Store Lease | 250 West 91st Realty LLC |
| | | | c/o Joseph P. Cervini, Jr. Esq. |
| | State the term remaining | | 475 Park Ave South 18th Floor |
| | List the contract number of any government contract | | New York, NY 10016-6901 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Official Form 206G                **Schedule G: Executory Contracts and Unexpired Leases**                page 1 of __1__

Debtor    **2451 Broadway Market Inc. DBA Barzini's**                    Case number (if known) _____
     Name

| | Additional Page if Debtor Has More Codebtors |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | _____ | _____ | ❏ D<br>❏ E/F<br>❏ G |
| | | Street | | |
| | | _____ | | |
| | | City          State          ZIP Code | | |
| 2.6 | _____ | _____ | _____ | ❏ D<br>❏ E/F<br>❏ G |
| | | Street | | |
| | | _____ | | |
| | | City          State          ZIP Code | | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**MANHATTAN DIVISION**

IN RE: **2451 Broadway Market Inc. DBA**
     **Barzini's**

CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date     **06/30/2026**      Signature                             **/s/ Iraj Abdekalimi**

                                                            Iraj Abdekalimi, President

[ case number ]

250 West 91st Realty LLC
c/o Joseph P. Cervini, Jr. Esq.
475 Park Ave South 18th Floor
New York, NY 10016-6901

A to Z Distributor Inc.
305 E 88th St
Brooklyn, NY 11236-1601

Advantage Gourmet Import
Po Box 5092
South Hackensack, NJ 07606-4292

Bimbo Bakeries USA
5525 N Macarthur Blvd
Irving, TX 75038-2615

Boncha
PO Box 07015
Clifton, NJ 07015

Catlan Gourmet
Po Box 25969
New York, NY 10087-7912

Conca D'oro Import
100 Bomont Pl
Totowa, NJ 07512-2346

Decorline
4504 18th Ave
Brooklyn, NY 11204-1204

ESTI Foods LLC
275 Veterans Blvd
Rutherford, NJ 07070-2578

Food Act International LLC
441 Newark Pompton Tpke # 443
Wayne, NJ 07470-6657

Georgian Land Inc
8718 Ridge Blvd Apt 5c
Brooklyn, NY 11209-4928

Gourmet Foods International
3370 Panthersville Rd
Decatur, GA 30034-3833

Gutierrez Consulting LLC
Po Box 472402
Brooklyn, NY 11247-2402

Harney & Sons
5723 Route 22
Millerton, NY 12546-4521

Internal Revenue Service
Centralized Insolvency Operations
P. O. Box 7346
Philadelphia, PA 19101-7346

Krinos Food
1750 Bathgate Ave
Bronx, NY 10457-7535

Lantev Dist. Corp.
10110a Foster Ave
Brooklyn, NY 11236-2120

Leoni Specialty Foods Inc.
Po Box 23717
New York, NY 10087-0001

Musco Food Corp
5701 49th St
Maspeth, NY 11378-2020

Nassau Provision
700 Furrows Rd
Holtsville, NY 11742-2001

New York State Department
of Agriculture and Markets
10b Airline Dr
Albany, NY 12235-1000

NY Dept. of Labor
Po Box 15012
Albany, NY 12212-5012

NYC Department of Finance
Attn: Legal Affairs Division
345 Adams St 3rd Floor
Brooklyn, NY 11201

NYS Dept of Tax & Finance
Bankruptcy Section
Po Box 5300
Albany, NY 12205-0300

Oak Beverage
44 High St
West Nyack, NY 10994-2702

Organic Forest LLC
1010 Hoyt Ave
Ridgefield, NJ 07657-1508

Primo Brands
FKA DS Services of American Inc. Blue
Triton Brand, Inc
111 Thomas Mcgovern Dr
Jersey City, NJ 07305-4620

PSV Trade
351 Walker St
Staten Island, NY 10303-2741

Purelife Organic LLC
144 Bell Rd
Scarsdale, NY 10583-5835

Raffetto's
469 W Commercial Ave
Moonachie, NJ 07074

Red Bull Distribution
Company Inc.
Po Box 20750
Dallas, TX 75320-0001

RM Bakery/ RM BONY
220 Coster St
Bronx, NY 10474-7121

Setton International
85 Austin Blvd
Commack, NY 11725-5701

Tri State Food
139 E 26th St Fl 2
Brooklyn, NY 11226